UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES OROZCO, | No. 2:13-cv-1840-EFB P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Ulises Orozco, a state prisoner without counsel, seeks an extension of time to file a writ of habeas corpus. *See* 28 U.S.C. § 2254. It appears from his initial filing and the exhibit attached thereto that he wishes to challenges a conviction of second degree murder from the Fresno County Superior Court. Therefore, this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: October 7, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2